WALPOLE WOODWORKERS, INC. *v.* SID MANNING

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 94 (AC 31447), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a contractor who has violated the Home Improvement Act (act), General Statutes (Rev. to 2003) § 20-429 et seq., may recover the balance due under the contract as the 'reasonable value' of its services under the 'bad faith' exception of the act?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18778.

*David L. Gussak*, in support of the petition.

Decided April 20, 2011